CHAUNCEY A. DELEVANTE, Appellant, *v.* DOLLY M. MACPHERSON et al., Respondents.
CHAUNCEY A. DELEVANTE, Appellant, *v.* MAC-STONE STUCCO COMPANY, INC., Respondent.

(Argued April 2, 1930; decided May 6, 1930.)

*Sidney A. Clarkson, Albert A. Hovell* and *Harry W. McChesney* for appellant.

*Milton Hertz* and *A. B. Reed* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.